UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 260,<br><br>                    Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>                    Defendants. | Case No.  23-cv-04011-SK<br><br>**ORDER GRANTING STIPULATION**<br><br>Regarding Docket No. 14 |

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

　　　　1.　　　　Defendants shall file a Motion to Transfer Venue on or before October 13, 2023;

　　　　2.　　　　The deadline for the parties to file a Joint Case Management Statement, currently set for October 30, 2023, and the Initial Case Management Conference, currently set for November 6, 2023, are continued.  Parties shall file a Joint Case Management Statement by January 16, 2024 and the Initial Case Management Conference is hereby continued to January 22, 2024.

**IT IS SO ORDERED**.

Dated: September 12, 2023

SALLIE KIM
United States Magistrate Judge