William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com

Attorneys for Plaintiff Jane Doe LS 260

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE LS 260, an individual;<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 3:23-cv-04011-~~SK~~-MMC<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFF JANE DOE LS~~A~~ 260'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY**<br><br>~~Hon. Magistrate Judge Sallie Kim~~<br><br>Action Filed: August 8, 2023 |

THE MATTER BEING PROPERLY SUBMITTED, the Court having considered Plaintiff Jane Doe LS 260's Motion for Protective Order and Leave to Proceed Anonymously and Memorandum of Law in Support thereof, and finding good cause appearing therefore, HEREBY ORDERS Plaintiff's Motion to proceed anonymously is GRANTED and all filed materials, judgments, and any other documents relating to this action refer to Plaintiff solely as Jane Doe LS 260 without additional identifying information.

**IT IS SO ORDERED.**

DATED: ~~August 9, 2023~~
    September 19, 2023

_[signature: Maxine M. Chesney]_

~~Honorable Magistrate Judge Sallie Kim~~
UNITED STATES DISTRICT JUDGE
Maxine M. Chesney

1

CASE NO. 3:23-CV-04011-~~SK~~-MMC    [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY